## IN RE DAIRRAH D. ET AL.

The petition by the respondent mother for certification for appeal from the Appellate Court, 122 Conn. App. 903 (AC 30852), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Scott W. Sawyer*, in support of the petition.

*John E. Tucker*, assistant attorney general, in opposition.

Decided September 15, 2010

## WALTER J. PRYMAS *v.* CITY OF NEW BRITAIN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 122 Conn. App. 511 (AC 30976), is denied.

*Harold J. Geragosian*, in support of the petition.

*Irena J. Urbaniak*, city attorney, in opposition.

Decided September 15, 2010

## EDWARD C. OKEKE *v.* COMMISSIONER OF PUBLIC HEALTH

The plaintiff's petition for certification for appeal from the Appellate Court, 122 Conn. App. 373 (AC 31054), is granted, limited to the following issue: